1  Susan St. Vincent
2  Acting Legal Officer
   Matthew McNease
3  Acting Legal Officer
   NATIONAL PARK SERVICE
4  Legal Office
   P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7

8

9             UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,   | DOCKET NO: 6:14-mj-126-MJS
13 |          Plaintiff,
14 |     v.                      | **MOTION TO DISMISS; AND**
   |                             | **ORDER THEREON**
15 | ANTHONY WAYNE COOPER,
16 |          Defendant.

17

18

19         Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of
20 Court endorsed hereon, the United States hereby moves the Court for an order of
21 dismissal without prejudice in the interest of justice, for Count 1 – possession of a
22 controlled substance. COOPER plead Guilty to Count 1 – possession of a controlled
23 substance, on December 2, 2014, with a 12 month deferred entry of judgment, 12
24 months of unsupervised probation, NA or AA twice weekly for 11 months, and a $500
25 fine. COOPER has fully complied with the terms of his probation.
26 //
27 //
28

                                              1

Dated:  December 3, 2015                           NATIONAL PARK SERVICE

                                                       /S/ Matthew McNease  
                                                       Matthew McNease  
                                                       Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 3 in the above referenced matter, *United States v. Anthony Wayne Cooper*, 6:14-mj-126-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 4, 2015            /s/ *Michael J. Seng*  
                                                               UNITED STATES MAGISTRATE JUDGE